U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 275 |
|---|---|
| DR. HANSEL M. DEBARTOLO v. HUMANA EMPLOYERS HEALTH INSURANCE COMPANY, FEDERATED MUTUAL INSURANCE COMPANY and MAZON FARMERS ELEVATOR CO. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUMANA INSURANCE COMPANY f/k/a HUMANA EMPLOYERS HEALTH INSURANCE COMPANY

| NAME (Type or print) |
|---|
| William A. Chittenden, III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William A. Chittenden, III |
| FIRM |
| Chittenden, Murday & Novotny, LLC |
| STREET ADDRESS |
| 303 West Madison Street, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06183452 | (312) 281-3600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |