# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0275 | **DATE** | 2/11/2008 |
| **CASE TITLE** | DR. HANSEL M. DEBARTOLO vs. HUMANA EMPLOYERS HEALTH INSURANCE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

On the court's own motion, status hearing set on March 13, 2008 is reset to March 14, 2008 at 10:00 a.m.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|