Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0275 | **DATE** | 3/4/2008 |
| **CASE TITLE** | DR. HANSEL M. DEBARTOLO vs. HUMANA EMPLOYERS HEALTH INSURANCE COMPANY, ET AL | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the status hearing set on March 13, 2008 is reset on March 14, 2008 at **10:00 a.m.**

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00275 Document 11 Filed 03/04/2008 Page 1 of 1

08C0275 DR. HANSEL M. DEBARTOLO vs. HUMANA EMPLOYERS HEALTH INSURANCE COMPANY, ET AL Page 1 of 1