## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0275 | **DATE** | 3/14/2008 |
| **CASE TITLE** | DR. HANSEL M. DEBARTOLO vs. HUMANA EMPLOYERS HEALTH INSURANCE COMPANY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties report that the case has settled. The case is dismissed pursuant to the settlement agreement.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00275 Document 12 Filed 03/14/2008 Page 1 of 1

08C0275 DR. HANSEL M. DEBARTOLO vs. HUMANA EMPLOYERS HEALTH INSURANCE COMPANY  Page 1 of 1