UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 275 |
| ) | |
| HUMANA EMPLOYERS HEALTH ) | Hon. Suzanne B. Conlon |
| INSURANCE COMPANY, FEDERATED ) | |
| MUTUAL INSURANCE COMPANY and ) | Mag. Judge Michael Mason |
| MASON FARMERS ELEVATOR CO., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause coming to be heard before the Court, due notice having been given and the Court being fully advised in the premises, it is hereby Ordered that:

1. Humana Insurance Company, f/k/a Humana Employers Health Insurance Company ("Humana"), Federated Mutual Insurance Company, and Mason Farmers Elevator Co. and Dr. Hansel M. DeBartolo (collectively "the Parties") have settled all disputes with respect to the Complaint at Law in this Action;

2. The Complaint at Law is hereby dismissed with prejudice and with each party to bear its own costs and fees; and,

3. This order is final judgment order.

DATED: 6/6/08       ENTER: *Suzanne B. Conlon*
Suzanne B. Conlon
United States District Court Judge

William A. Chittenden, III
Jennifer S. Stegmaier
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
(312) 281-3600